UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN QUACH, et al.,

    Plaintiffs,

v.

CITY OF NOVATO, et al.,

    Defendants.

Case No. 4:16-cv-00121-DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for April 20, 2016 at 1:30 p.m. has been CONTINUED to **July 20, 2016 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Joint Case Management Statement is due no later than July 13, 2016**.**

**IT IS SO ORDERED.**

Dated: April 13, 2016

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN QUACH, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF NOVATO, et al.,<br><br>　　　　Defendants. | Case No.   4:16-cv-00121-DMR<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on April 13, 2016, I SERVED a true and correct copy(ies) of the Order Continuing Initial Case Management Conference, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacqueline Cao
171 Kenwood Ct.
Novato, CA 94945

John Quach
171 Kenwood Ct.
Novato, CA 94945

Max Mathesius
171 Kenwood Ct
Novato, CA 94945

Sean Cao
171 Kenwood Ct.
Novato, CA 94945

2

1  Tug Tin Mathesius
   171 Kenwood Ct.
2  Novato, CA 94945

3

4
   Dated: April 13, 2016
5

6
                                            Susan Y. Soong
7                                           Clerk, United States District Court

8

9

10                                          By:_____
                                            Ivy Lerma Garcia, Deputy Clerk to the
11                                          Honorable DONNA M. RYU

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3